**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                             CASE NO:  3:00-cr-57-J-20HTS

ERIC DOMINIQUE SOUTHERS

### O R D E R

On August 3, 2006, Defendant, with his counsel, Daniel A. Smith, Esquire, appeared before this Court and executed a Waiver of Preliminary Examination or Hearing.  The Court made inquiry of Defendant, under oath, and based thereon, finds that Defendant knowingly, intentionally, voluntarily and freely waived his right to a preliminary hearing.

Accordingly, Defendant is held to await the final revocation hearing.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of August, 2006.

/s/        Howard T. Snyder
**HOWARD T. SNYDER**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:

United States Marshal
United States Attorney (Morris)
Daniel A. Smith, Esquire
United States Probation Office