FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 AUG 16  A 11: 55

UNITED STATES OF AMERICA

v.                                                                         Case No. 3:00-cr-57-J-20HTS

ERIC DOMINIQUE SOUTHERS
_____/

### SUPERVISED RELEASE REVOCATION
### and
### JUDGMENT AND COMMITMENT

On August 16, 2006, M. Scotland Morris, Assistant United States Attorney, and the Defendant, ERIC DOMINIQUE SOUTHERS, appeared in person and with his counsel, Daniel A. Smith, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 40, filed January 18, 2006).

The Defendant, having heretofore been convicted on October 25, 2000, in Case No. 3:00-cr-57-J-20C, of offense charged, to wit: Distribution of cocaine base, in violation of Title 21 U.S.C. 841(a)(1), as charged in Count Four of the Indictment; and was sentenced to be imprisoned for a term of 57 months; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 40, filed January 18, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of **18 months**. The Court recommends an institution as close as possible to Fernandina Beach, Florida.

3. The Defendant is remanded to the custody of the United States Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of August, 2006.

```
                                    _____
                                    HARVEY E. SCHLESINGER
                                    United States District Judge
```

Copies to:
M. Scotland Morris, Esq.
Daniel A. Smith, Esq.
United States Marshal (4)
U. S. Probation Office